1  Michael Schonbuch (Bar No. 150884)
2  schonbuch@schonbuchhallissy.com
   Jonathan K. Ramler (Bar No. 362590)
3  ramler@schonbuchhallissy.com
4  SCHONBUCH HALLISSY LLP
   11999 San Vicente Boulevard
5  Suite 300
6  Los Angeles, California 90049
   Tel.: (310) 556-7900
7  *Attorneys for Defendants Sean Combs,*
   *CeOpco, LLC, and Bad Boy Entertainment*
8  *LLC*
9

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12                       WESTERN DIVISION

13
   BRYANA BONGOLAN,                    Case No. 25-cv-11160-FMO-AS
14
15            Plaintiff,               **ORDER ON STIPULATION [13]**
                                       **EXTENDING DEFENDANTS'**
16       v.                            **TIME TO RESPOND TO THE**
                                       **FIRST AMENDED COMPLAINT**
17
   SEAN COMBS; BAD BOY
18 ENTERTAINMENT; BAD BOY
19 RECORDS; EPIC RECORDS;
   COMBS ENTERPRISES, LLC; and
20 DOE CORPS. 1–25,
21
              Defendants.
22

23
24
25
26
27
28

The Parties have jointly requested an extension of the deadline to respond to the First Amended Complaint ("FAC") for Defendants Sean Combs ("Combs"), CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global ("CeOpco"), and Bad Boy Entertainment LLC ("BBE") (collectively "Defendants"). This request stems from several recent scheduling and staffing issues encountered by Defendants. By extending Defendants' deadline to respond to the FAC by two weeks, from January 23, 2026 to February 6, 2026, this action will proceed more efficiently and ensure a fulsome briefing of any bases on which Defendants may move to dismiss. Therefore, for purposes of judicial efficiency and fairness to all parties—who have jointly requested such relief—an extension of Defendants' time to respond to the FAC by two weeks is justified here.

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Parties' Joint Stipulation extending the time for Defendants to respond to Plaintiff Bryana Bongolan's FAC to February 6, 2026 is APPROVED. Defendants must answer, move, or otherwise respond to the FAC by **February 6, 2026.**

**No further extensions of time will be granted.**

IT IS SO ORDERED.

Dated: January 20, 2026

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge