James R. Nikraftar (SBN 324437)
MILLER BARONDESS, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles , CA 90067
Tel: (310) 552-4400
Attorney for Plaintiff Bryana Bongolan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRYANA BONGOLAN | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-11160-FMO-AS |
| v. | |
| SEAN COMBS, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Epic Records _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by  Plaintiff Bryana Bongolan                                                                           .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


January 30, 2026                          */s/ James R. Nikraftar*
_____                           _____
Date                                      Signature of Attorney/Party


NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*