# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRYANA BONGOLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS; BAD BOY ENTERTAINMENT; BAD BOY RECORDS; COMBS ENTERPRISES, LLC; and DOE CORPS. 1–25,<br><br>    Defendants. | **CASE NO. 2:25-cv-11160-FMO-AS**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION ALLOWING PLAINTIFF BRYANA BONGOLAN TO FILE AMENDED COMPLAINT**<br><br>Assigned for All Purposes to:<br>Hon. Fernando M. Olguin, Crtrm. 6D and Magistrate Judge Alka Sagar, Crtrm 540<br><br>Trial Date:    None Set |

778305.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION ALLOWING PLAINTIFF BRYANA BONGOLAN TO FILE AMENDED COMPLAINT

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby **ORDERS** as follows:

(1) the stipulation of the parties filed on February 10, 2026 is **APPROVED**;

(2) The Second Amended Complaint attached as Exhibit A to the stipulation of the parties is deemed filed as of February 10, 2026.

**IT IS SO ORDERED**.

DATED: _____ 2026

_____
Hon. Fernando M. Olguin, Crtrm. 6D and
Magistrate Judge Alka Sagar, Crtrm 540
Judge of the United States District Court