JAMES R. NIKRAFTAR (State Bar No. 324437)
jnikraftar@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
Bryana Bongolan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRYANA BONGOLAN,<br><br>Plaintiff,<br><br>v.<br><br>SEAN COMBS; BAD BOY ENTERTAINMENT; BAD BOY RECORDS; COMBS ENTERPRISES, LLC; and DOE CORPS. 1–25,<br><br>Defendants. | **CASE NO. 2:25-cv-11160-FMO-AS**<br><br>**JOINT STIPULATION ALLOWING PLAINTIFF BRYANA BONGOLAN EXTENDED TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Assigned for All Purposes to:<br>Hon. Fernando M. Olguin, Crtrm. 6D<br>Magistrate Judge Alka Sagar, Crtrm 540<br><br>Trial Date:        None Set |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

788446.1

1

JOINT STIPULATION

**JOINT STIPULATION**

Plaintiff Bryana Bongolan ("Plaintiff"), and Defendants Sean Combs; Bad Boy Entertainment LLC; and CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global (collectively "Defendants", with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendants filed a Motion to Dismiss to Plaintiff's Second Amended Complaint (the "Motion") on March 6, 2026;

WHEREAS, Plaintiff's opposition to the Motion is currently due on March 19, 2026;

WHEREAS, the hearing on the Motion is currently scheduled for April 9, 2026;

WHEREAS, based on L.R. 6-1 and this Honorable Court's rules, Defendants had to select the first open Thursday hearing date within the 28–35-day period, which was April 9, 2026;

WHEREAS, the Rule 16 scheduling conference in this case is also scheduled for April 9, 2026;

WHEREAS, lead counsel for both Plaintiff and Defendants are currently set to begin trials in other matters in Orange County, California on March 27 and March 30, 2026 respectively, which necessitates additional time to prepare and file the responsive briefing;

WHEREAS, counsel for Plaintiff has a religious observance for the Passover holiday on April 9, 2026 that precludes him from attending any hearing or scheduling conference on that date;

WHEREAS, this is the first request by the Parties to continue the Motion to Dismiss hearing date and related opposition/reply briefing schedule;

WHEREAS, this is also the first request by the Parties to move the Scheduling Conference; and

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

788446.1

2

WHEREAS, good cause exists for the extension requested herein, and the requested extension will not prejudice any party or unduly delay the resolution of this matter.

IT IS THEREFORE STIPULATED THAT:

1.      The deadline for Plaintiff to file her Opposition to Defendants' Motion to Dismiss shall be extended from March 19, 2026 to April 30, 2026.

2.      The deadline for Defendants to file any Reply in support of the Motion to Dismiss shall be May 7, 2026.

3.      The hearing on Defendants' Motion to Dismiss, currently scheduled for April 9, 2026 at 10:00 a.m., shall be continued to May 21, 2026 at 10:00 a.m., or such other date and time thereafter as the Court may accommodate.

4.      The scheduling conference shall be continued to May 21, 2026 at 10:00 a.m., or such other date and time thereafter as the Court may accommodate as well.

5.      To the extent this stipulation and the Court's order thereon is not signed prior to March 19, 2026, Defendants agree that they shall not argue that Plaintiff's Opposition was untimely filed, nor shall Defendants argue that Plaintiff should be prejudiced in any way thereby.

6.      This stipulation is made without prejudice to the rights of any party.

**IT IS SO STIPULATED**

DATED:  March 18, 2026            MILLER BARONDESS, LLP


By:      */s/ James R. Nikraftar*
         JAMES R. NIKRAFTAR
         Attorneys for Plaintiff
         Bryana Bongolan

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

788446.1

3

JOINT STIPULATION

DATED:  March 18, 2026          SCHONBUCH HALLISSY LLP


By:   _/s/ Lilah N. Cook_
MICHAEL SCHONBUCH
LILAH N. COOK
Attorneys for Defendants Sean
Combs, CeOpco, LLC, and Bad Boy
Entertainment LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

788446.1

4

JOINT STIPULATION

## <u>SIGNATURE ATTESTATION</u>

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 18, 2026          MILLER BARONDESS, LLP


By:  _____*/s/ James R. Nikraftar*_____
     JAMES R. NIKRAFTAR
     Attorneys for Plaintiff
     Bryana Bongolan

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

788446.1

5

JOINT STIPULATION