**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BRYANA BONGOLAN, | **CASE NO. 2:25-cv-11160-FMO-AS** |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION [32] EXTENDING DEFENDANTS' TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** |
| v. | |
| SEAN COMBS; BAD BOY ENTERTAINMENT; BAD BOY RECORDS; COMBS ENTERPRISES, LLC; and DOE CORPS. 1–25, | Assigned for All Purposes to: Hon. Fernando M. Olguin, Crtrm. 6D and Magistrate Judge Alka Sagar, Crtrm 540 |
| Defendants. | |
| | Trial Date:          None Set |

788447.1

ORDER GRANTING JOINT STIPULATION

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby **ORDERS** as follows:

(1)    The stipulation of the parties filed on May 5, 2026 is **APPROVED**;

(2)    The deadline for Defendants to file a reply in support of their Motion to Dismiss shall be extended from May 7, 2026 to May 14, 2026.

(4)    The hearing on Defendants' Motion to Dismiss, currently scheduled for May 21, 2026 at 10:00 a.m., shall be continued to June 4, 2026 at 10:00 a.m.

(5)    The scheduling conference, currently scheduled for May 21, 2026 at 10:00 a.m., shall be continued to June 4, 2026 at 10:00 a.m.

(6)    The Parties' Joint Rule 26(f) Report shall be due on or before May 21, 2026.


**IT IS SO ORDERED**.


DATED: ___May 8._____ 2026


_____/s/_____
Hon. Fernando M. Olguin
U.S. DISTRICT JUDGE

788447.1

2

ORDER GRANTING JOINT STIPULATION