# EXHIBIT A

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600  Los Angeles, California 90067
Tel: (310) 552-4400    Fax: (310) 552-8400

799525.2

PROPOSED CASE SCHEDULE

JAMES R. NIKRAFTAR (State Bar No. 324437)
jnikraftar@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
Bryana Bongolan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRYANA BONGOLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SEAN COMBS; BAD BOY ENTERTAINMENT LLC; CEOPCO, LLC (d/b/a COMBS GLOBAL); and DOE CORPS. 1–25,<br><br>    Defendants. | **CASE NO. 2:25-cv-11160-FMO-AS**<br><br>**PROPOSED CASE SCHEDULE**<br><br>Assigned for All Purposes to:<br>Hon. Fernando M. Olguin, Crtrm. 6D and Magistrate Judge Alka Sagar, Crtrm 540<br><br>Hearing Date: Continued to<br>     June 4, 2026<br>Time:  10:00 a.m.<br>Judge:  Hon. Fernando M, Olguin<br>Courtroom: 6D<br><br>Trial Date:  None Set |

2

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# PROPOSED CASE SCHEDULE

| | |
|---|---|
| *Bongolan v. Combs* | |
| **Proposed Schedule** | |
| **Deadline/Event** | **Date** |
| **Discovery and Expert Disclosures** | |
| Discovery Cutoff | Thursday, December 10, 2026 |
| Expert Witness Disclosure | Thursday, December 24, 2026 |
| Rebuttal Expert Disclosure | Thursday, January 7, 2027 |
| **Motions** | |
| Last Date to Hear Motions to Amend Pleadings | Thursday, October 29, 2026 |
| Last Date to Hear Motions (including *Daubert)* | Thursday, January 21, 2027 |
| **Mandatory Meetings/Exchange** | |
| Last Date for ADR Procedure (L.R. 16-15) | Monday, March 1, 2027 |
| Meeting of Counsel before Pretrial Conference (L.R. 16-2)<br>- SMJ discussion<br>- Fact Stipulation<br>-Exhibit Disclosure<br>- Witness Disclosure<br>- Status re Experts<br>- Depo designations<br>- Contentions of fact & law<br>- Settlement | Friday, March 5, 2027 |
| **Trial Filings** | |
| Motions in Limine | Thursday, March 18, 2027 |
| Motions in Limine Oppositions | Thursday, April 1, 2027 |
| Joint/Agreed Proposed Jury Instructions (L.R. 51) | Monday, April 26, 2027 |
| Disputed Proposed Jury Instructions (L.R. 51) | Monday, April 26, 2027 |
| Request for Special Verdict or Interrogatories (L.R. 49) | Monday, April 26, 2027 |
| Objections to Proposed Jury Instructions | Monday, May 3, 2027 |
| Joint Exhibit List (L.R. 16-6) | Thursday, March 25, 2027 |
| Witness List  (L.R. 16-5) | Thursday, March 25, 2027 |
| Memorandum of Contentions of Fact and Law (L.R. 16-4) | Thursday, March 25, 2027 |
| Joint Proposed Final Pretrial Conference Order | Friday, April 2, 2027 |
| Graphic and Illustrative Material to be Filed | Thursday, April 22, 2027 |
| Trial Brief (permissive filing - L.R. 16-10.) | Monday, April 26, 2027 |
| **Final Pre-Trial Conference** | **Thursday, April 15, 2027** |
| **Trial[1]** | **Monday, May 3, 2027** |

[1] Defendants wish to alert the Court that Mr. Combs's current release date is in April of 2028.  As such, these dates contained herein may need to change based on the status of Mr. Combs's incarceration and his ability to participate in trial. Defendants reserve all rights.

799525.2

3

PROPOSED CASE SCHEDULE

DATED:  May 21, 2026                    MILLER BARONDESS, LLP


By:  ____/s/ James R. Nikraftar____
        JAMES R. NIKRAFTAR
        Attorneys for Plaintiff
        Bryana Bongolan


DATED:  May 21, 2026                    SCHONBUCH HALLISSY LLP


By:  ____/s/ Lilah N. Cook____
        MICHAEL SCHONBUCH
        LILAH N. COOK
        Attorneys for Defendants Sean Combs,
        Bad Boy Entertainment LLC, and
        CeOpco, LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

799525.2

4

PROPOSED CASE SCHEDULE