Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Jonathan D. Gottlieb (Bar No. 339650)
gottlieb@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Tel.: (310) 556-7900
*Attorneys for Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC*

SCHONBUCH HALLISSY LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| BRYANA BONGOLAN,<br>Plaintiff,<br>v.<br>SEAN COMBS; BAD BOY ENTERTAINMENT; BAD BOY RECORDS; COMBS ENTERPRISES, LLC; and DOE CORPS. 1–25,<br>Defendants. | Case No. 2:25-cv-11160-FMO-ASx<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND ALL TRIAL RELATED DEADLINES** |

SCHONBUCH HALLISSY LLP

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Bryana Bongolan ("Plaintiff"), and Defendants Sean Combs ("Mr. Combs"), Bad Boy Entertainment LLC ("BBE"), and CeOpco, LLC f/k/a Combs Enterprises LLC and d/b/a Combs Global ("CeOpco," and with Mr. Combs and BBE, "Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Trial in this matter is currently scheduled to commence on June 8, 2027 in the above—entitled court.

2. The operative scheduling order, entered on May 26, 2026, established the current trial date and all associated pretrial deadlines, including deadlines for the completion of fact discovery, expert designations, dispositive motions, and the filing of pretrial documents.

3. This is the first request for a continuance of the trial date in this matter.

4. Good cause exists to continue the trial date and all associated pretrial deadlines for the following reasons:

a. **Multiple Defendants Across Multiple Jurisdictions:** This action involves Mr. Combs and two (2) additional defendant entities. Defendants are either incarcerated or organized, domiciled, and/or operating across multiple jurisdictions. Coordinating discovery, scheduling depositions, and managing litigation obligations across these jurisdictions has required, and continues to require, substantial logistical coordination among counsel for all parties.

b. **Incarceration of Defendant Sean Combs**: Mr. Combs is currently incarcerated at FCI Allenwood in Allenwood, PA. His incarceration has created significant practical difficulties in communicating with him, as well as coordinating his defense strategy and review of relevant documents. These constraints are not attributable to any failure of diligence by counsel or Mr. Combs but arise from

SCHONBUCH HALLISSY LLP

the inherent limitations imposed by his particular custodial status, including restricted access, limited communication channels, and institutional scheduling requirements.

c. **Pending Motion to Dismiss**: On March 6, 2026, Defendants filed a Motion to Dismiss the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 24), which remains pending. The Motion to Dismiss seeks dismissal of the Third Cause of Action against all Defendants as barred by the applicable statutes of limitations, the Third, Fourth, Fifth, and Sixth Causes of Action against Mr. Combs for failure to state a claim, and the Second through Seventh Causes of Action against BBE and CeOpco for failure to state a claim. Because the Motion to Dismiss remains pending, Defendants have not yet answered the Second Amended Complaint and the pleadings are not settled. As a result, the case is not yet at issue, and the claims and defenses that will be subject to discovery and trial remain undetermined.

d. **Need for Additional Time to Complete Discovery.** As a direct result of the foregoing circumstances, the parties have been unable to complete substantive discovery, including but not limited to (a) responding to and drafting additional written discovery and/or (b) deposing essential witnesses. Additional time is necessary to allow the parties to complete discovery in a manner consistent with their obligations under the Federal Rules of Civil Procedure.

5. This request is not made for purposes of delay or harassment. All parties have diligently pursued discovery and pretrial preparation to the extent practicable under the circumstances described above.

6. The Parties Jointly Propose a Revised Schedule

/ / /

/ / /

/ / /

/ / /

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery | November 20, 2026 | April 23, 2027 |
| Initial Expert Witness Disclosure | December 4, 2026 | May 7, 2027 |
| Rebuttal Expert Witness Disclosure | January 4, 2027 | June 7, 2027 |
| Completion of Expert Discovery | February 4, 2027 | July 8, 2027 |
| Mandatory Settlement Conference | November 20, 2026 | April 23, 2027 |
| Motion for Summary Judgment Submission | March 4, 2027 | August 5, 2027 |
| Memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine Submission | April 30, 2027 | October 1, 2027 |
| Pre-Trial Conference Order Submission | May 7, 2027 | October 8, 2027 |
| Trial | June 8, 2027 | November 9, 2027 |

7. The Parties respectfully request a trial continuance and a continuance of all trial-related deadlines identified above, approximately 154 days, to November 9, 2027, or a date soon thereafter that is convenient to this Court, to allow sufficient time to complete the discovery and pre-trial preparation described above.

**STIPULATION**

8. IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties, through their respective counsel of record, that the trial currently scheduled for June 8, 2027, be continued as set forth in paragraph 6 above, subject to the Court's approval.



SCHONBUCH HALLISSY LLP

**IT IS SO STIPULATED**

DATED: November 11, 2026 MILLER BARONDESS, LLP

By: */s/ James Nikraftar*
JAMES R. NIKRAFTAR
*Attorneys for Plaintiff*
*Bryana Bongolan*

DATED: November 11, 2026 SCHONBUCH HALLISSY LLP

By: */s/ Jonathan Gottlieb*
MICHAEL SCHONBUCH
JONATHAN D. GOTTLIEB
*Attorneys for Defendants Sean Combs, CeOpco, LLC, and Bad Boy Entertainment LLC*



SCHONBUCH HALLISSY LLP